IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES GELNETT, et al.          :          Case No. 4:15-CV-1910
                               :
            Plaintiffs,        :
       v.                      :          (Judge Brann)
                               :
TOWNSHIP OF CHAPMAN,           :
a 2nd class township,          :
                               :
            Defendant.         :

**ORDER**
November 24, 2015

        AND NOW, in accordance with the Memorandum of this same date, IT IS

HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss (ECF No. 3) is GRANTED in part and

   DENIED in part.

2. The action is dismissed without prejudice and is remanded to the Court of

   Common Pleas of Snyder County.

3. The clerk is directed to close the case file.


                          BY THE COURT:



                          s/ Matthew W. Brann
                          Matthew W. Brann
                          United States District Judge

1